IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00030-RM-CBS | Date: September 2, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

KATHLEEN FIESELMAN, Alison Ruttenberg

Plaintiff,

v.

CITY AND COUNTY OF DENVER, THE, *et al;* Olympia Fay
Wendy Shea

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 11:00 a.m.**

Court calls case. Appearances of counsel.

Plaintiff filed a Suggestion of Death of Kathleen Fieselman [49]. Ms. Fieselman has passed away.

**ORDERED:** Unopposed Motion to Dismiss the Second Claim for Relief and to Dismiss All Defendants Except Delilah Lewis [50] is **GRANTED**. The case will go forward on the first claim for relief and with Delilah Lewis as the only defendant.

This hearing comes before the Court in regards to Denver Defendants' Unopposed Motion to Modify Scheduling Order to Stay Dispositive Motion Deadline or, in the Alternative, Extend the Dispositive Motion Deadline [46]. In paragraph 3 of the Motion, counsel for Denver defendants served an initial set of written discovery on June 30, 2014. This violates the scheduling order in that discovery needs to be served 33 days prior to discovery cut-off. The discovery cut-off was July 31, 2014.

In paragraph 4 of the Motion, Plaintiff's counsel sent an e-mail on August 3, 2014, asking for a 2 week extension to respond to discovery requests due to their client being in the hospital. At the time the e-mail was sent, the discovery cut-off had passed.

**ORDERED:**   Denver Defendants' Unopposed Motion to Modify Scheduling Order to Stay Dispositive Motion Deadline or, in the Alternative, Extend the Dispositive Motion Deadline [46] is **GRANTED**. All discovery is STAYED in this case and all further proceedings are STAYED pending a ruling on Ms. Lewis' Motion to Dismiss.

HEARING CONCLUDED.

**Court in recess: 11:23 a.m.**
Total time in court: 00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.